ANONYMOUS.

THE plaintiff had taken judgment for the same debt, on the same bond, against the executors in one action and the heirs of the testator in another action, and

*J. Smith*, moved that there be but one taxation of costs. He claimed this under the statute, (1 R. L. 521, s. 14.) But,

*The Court* were clear, without hearing *Silliman*, who was to have argued on the other side, that the statute did not apply to this case. They said, it is confined to actions where the defendants may all be sued jointly, as in case of a joint and several bond—not where they must be sued severally, as here.

Motion denied with costs.